# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Barrett, Amy C. | 2. Court or Organization  US. Court of Appeals. 7th Circuit | 3. Date of Report  06/05/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Seventh Circuit
Robert K. Rodibaugh U.S. Courthouse
401 S. Michigan St., Suite 222
South Bend, IN 46601-2304

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Notre Dame Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | University of Notre Dame Law School, salary (See Part VIII) | $28.264.45.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | SouthBank Legal: Ladue \| Curran \| Kuehn, salary |
| 2. | 2018 | University of Notre Dame, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society, Washington DC | March 5-6, 2018 | New York, NY | Columbia Law School - Educational | Transportation, Lodging, Meals |
| 2. | Federalist Society, Washington DC | March 9-11, 2018 | Washington, DC | National Student Symposium | Transportation, Lodging, Meals |
| 3. | Northwestern University | March 12-13, 2018 | Chicago, IL | Law Class talk | Transportation, Lodging, Meals |
| 4. | Federalist Society, Washington DC | March 17-18, 2018 | Hillsdale, MI | Hillsdale College - Educational | Transportation, Lodging, Meals |
| 5. | Harvard University | March 19-20, 2018 | Boston, Massachusetts | Ames Moot Court Competition | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Amy C.** | 06/05/2019 |

| 6. | UC Berkeley | April 4-7, 2018 | Berkeley, CA | UC Berkeley Law Conference - Habeas in Wartime | Transportation, Lodging, Meals |
|---|---|---|---|---|---|
| 7. | University of Notre Dame | June 2-5, 2018 | Seattle, WA | Hesburgh Lecture - Educational | Transportation, Lodging, Meals |
| 8. | Federalist Society, Washington, DC | September 26-28, 2018 | Palo Alto, CA | Stanford Law School Educational activity | Transportation, Lodging, Meals |
| 9. | George Mason University | October 3-4, 2018 | Arlington VA and Washington, DC | Scalia Tribute | Transportation, Lodging, Meals |
| 10. | St. Thomas More Society, Diocese of Dallas | October 12-14, 2018 | Dallas, TX | Catholic Bar Association General Assembly - keynote address | Transportation, Lodging, Meals |
| 11. | University of Notre Dame | October 18-19, 2018 | Savannah, GA | Hesburgh Lecture - Educational | Transportation, Lodging, Meals, Registration |
| 12. | Federalist Society, Washington DC | November 14-18, 2018 | Washingon, DC | Federalist Society Lawyers Convention | Transportation, Lodging, Meals, Registration |
| 13. | Federalist Society, Washington DC | November 29-30, 2018 | New Haven, CT | Yale Law School - Educational | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Notre Dame Law School | Judicial Robe and Shipping | $570.27 |
| 2. | University of Notre Dame Law School | Catering, Flowers, and Parking for Investiture Ceremony | $23,793.44 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | Tuition Agreement | J |
| 2. | | Tuition Agreement | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Flagstar (formerly Wells Fargo) Cash Accounts | A | Int./Div. | K | T | | | | | |
| 2. Rental of Residence, South Bend, IN | D | Rent | N | W | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. -Fidelity Dividend Growth | D | Dividend | K | T | | | | | |
| 5. -Fidelity Trend | C | Dividend | K | T | | | | | |
| 6. -Fidelity Money Market Fund | A | Int./Div. | J | T | | | | | |
| 7. Brokerage Account #2 (H) | | | | | | | | | |
| 8. -American Funds AMCAP F2 | B | Dividend | J | T | | | | | |
| 9. -American Funds American Mutual Fund F2 | A | Dividend | J | T | | | | | |
| 10. -Blackrock Global Long/Short Credit Institutional | A | Dividend | J | T | | | | | |
| 11. -Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 12. -Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 13. -Franklin Mutual Global Discovery Fund-Class Z | B | Dividend | K | T | | | | | |
| 14. -Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | | | | | |
| 15. -PIMCO Funds Income Fund Institutional | B | Dividend | K | T | | | | | |
| 16. -Principal Global Diversified Income Fund Class (P) | A | Dividend | J | T | | | | | |
| 17. -Oppenheimer Steelpath MLP Select 40 Fund Class I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Templeton Global Bond Fund-Advisor Class | B | Dividend | K | T | | | | | |
| 19. -Vanguard Specialized Portfolio REIT Index ADM | A | Dividend | J | T | | | | | |
| 20. -PIMCO Short-term | A | Dividend | J | T | | | | | |
| 21. -AMG Yacktman Fund Service Class | C | Dividend | K | T | | | | | |
| 22. -Homestead Small-Company Stock Fund | C | Dividend | | | Sold | 12/20/18 | K | | |
| 23. -Loomis Strategic Income Fund-Y | A | Dividend | J | T | | | | | |
| 24. -American Funds New Perspective Fund-F3 | B | Dividend | K | T | | | | | |
| 25. -Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 26. -Oppenheimer International Small Company | A | Dividend | J | T | | | | | |
| 27. -Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 28. -T. Rowe Price Blue Chip Growth (formerly Rowe T. Price Blue Chip GWI) | A | Dividend | K | T | | | | | |
| 29. -Lord Abbett Short Duration Income Fund Class F | A | Dividend | J | T | | | | | |
| 30. -Blackrock Russell 2000 Small Cap Index - institutional | | None | K | T | Buy | 12/20/18 | K | | |
| 31. IRA #1 (H) | | | | | | | | | |
| 32. -American Funds New Perspective F2 | A | Dividend | J | T | Sold (part) | 03/02/18 | J | A | |
| 33. -AMG Yacktman Fund Service Class | C | Dividend | K | T | | | | | |
| 34. -Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dodge & Cox Income | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 36. -Homestead Small-Company Stock Fund | C | Dividend | J | T | | | | | |
| 37. -Loomis Strategic Income Fund | A | Dividend | J | T | Sold (part) | 03/02/18 | J | A | |
| 38. -Franklin Mutual Global Discovery Fund-Class Z | A | Dividend | J | T | | | | | |
| 39. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | Sold (part) | 03/02/18 | J | A | |
| 40. -PIMCO Funds Income FD P | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 41. -Principal Global Diversified Income Fund Class P | A | Dividend | J | T | | | | | |
| 42. -T. Rowe Price Blue Chip Growth (formerly Rowe T. Price Blue Chip GWI) | A | Dividend | J | T | Sold (part) | 03/02/18 | J | B | |
| 43. -TCW Total Return Bond 1 | A | Dividend | | | Sold | 03/02/18 | J | A | |
| 44. -Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | | |
| 45. -Vanguard Specialized Portfolio REIT Index ADM | A | Dividend | J | T | | | | | |
| 46. IRA #2 (H) | | | | | | | | | |
| 47. -American Funds Capital Income Builder Class C | A | Dividend | J | T | | | | | |
| 48. -Securian Brokerage Money Market Account | | None | J | T | | | | | |
| 49. IRA #3 (H) | | | | | | | | | |
| 50. -AMG River Road Small Cap Value Fund Class 1 | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 51. -AQR Funds Managed Future Strategies 1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 53. -Columbia Commodity Strategy Fund-R4 | A | Dividend | J | T | | | | | |
| 54. -Diamond Hill Long-Short Fund Class I | A | Dividend | J | T | | | | | |
| 55. -Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 56. -Fidelity Adv International Growth | A | Dividend | J | T | | | | | |
| 57. -FPA New Income Inc. | A | Dividend | J | T | Buy | 05/22/18 | J | | |
| 58. -Hotchkis and Wiley Large-Cap Value Fund Class I | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 59. -Homestead Value Fund | | None | | | Sold | 05/22/18 | J | B | |
| 60. -Invesco Growth Ser. Inv. Conv. Sec. Fund Y | A | Dividend | J | T | | | | | |
| 61. -Loomis Strategic Income Fund-Y | A | Dividend | J | T | | | | | |
| 62. -Northern Small Cap Value Fund | | None | | | Sold | 05/22/18 | J | A | |
| 63. -Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 64. -Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 65. -Principal High Yield (P) | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 66. -Prudential Global Real Estate Class Z | A | Dividend | J | T | | | | | |
| 67. -T. Rowe Price Blue Chip Growth (formerly Rowe T. Price Blue Chip GWI | A | Dividend | J | T | Sold (part) | 05/22/18 | J | A | |
| 68. -JP Morgan Small Cap Growth Fund-L | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | | |
| 70. -Victory Munder International Small-Cap Fund Class Y | A | Dividend | J | T | | | | | |
| 71. 403(B) (H) | | | | | | | | | |
| 72. -Vanguard Institutional Tr. 2040 | E | Dividend | O | T | | | | | |
| 73. 401(K) (H) | | | | | | | | | |
| 74. -Fidelity Low Price Stock | D | Dividend | L | T | | | | | |
| 75. -Vanguard Extended Market Index Fund Institutional Shares | A | Dividend | K | T | | | | | |
| 76. -PIMCO Total Return Institutional Class | A | Dividend | J | T | | | | | |
| 77. Indiana 529 Plan #1 (H) | | | | | | | | | |
| 78. -U.S. Equity Index Portfolio | | None | L | T | | | | | |
| 79. -International Portfolio | | None | J | T | | | | | |
| 80. -Bond Portfolio | | None | J | T | | | | | |
| 81. 529 Plan #2 (H) | | | | | | | | | |
| 82. -Louisiana Principal Protection Fund | A | Interest | J | T | | | | | |
| 83. -Vanguard Institutional Total Stock Market Index, Inst. Plus | B | Dividend | K | T | | | | | |
| 84. Indiana 529 Plan #3 (H) | | | | | | | | | |
| 85. -U.S. Equity Index Portfolio | | None | K | T | Buy (add'l) | 03/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -International Portfolio (X) | | None | J | T | | | | | |
| 87. -Bond Index Portfolio (X) | | None | J | T | | | | | |
| 88. ABLE Account (H) | | | | | | | | | |
| 89. -Aggressive Option (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III

Line 1: My 2018 outside earned income was $214.45 over the statutory limit. The overage occurred because of my participation in the University of Notre Dame's continuing education program for alumni. I delivered three lectures that I thought were uncompensated. When I discovered that I had been paid (by direct deposit) and that the amount caused me to exceed the limit, I returned the excess $214.45 to the University of Notre Dame.

Part VII

Line 1: Flagstar acquired the Wells Fargo bank branches containing the Cash Accounts.

Line 2: My spouse rents out our residence for a limited number of nights per year. The value in Column C is the estimated value of the residence. There is an outstanding mortgage on the residence that is not listed in Part VI because it is the primary residence. The income from the rentals does not cover mortgage payments and upkeep costs.

Wal-Mart Stores Inc. Com (formerly listed on line 7) and Harbor International Fund (formerly listed on line 55) were sold after the end of the Nomination FDR dated 1/1/2016-4/25/2017 and before the beginning of the current Annual FDR covering 1/1/18-12/31/18.

Lines 11, 34, 48, and 52: The Securian Brokerage Money Market Accounts are holding accounts for cash in the accounts.

Lines 54 and 56: Diamond Hill Long-Short Fund Class I (line 54) and Fidelity Adv International Growth fund (line 56) were bought after the Nomination FDR and before the current Annual FDR covering 2018.

Lines 28, 42, and 67: Rowe T. Price Blue Chip Growth Blue Chip GW I (TBCIX) had a class conversion to T. Rowe Price Blue Chip Growth (TRBCX).

Lines 71, 77, 84 and 88: The 403(b) account, the 529 accounts, and the ABLE account provide the market value of the investment vehicles in the accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 06/05/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Amy C. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544